HUGH J. REILLY, Appellant, *v.* FRANK STEINHART, Respondent.

*Reilly* v. *Steinhart*, 179 App. Div. 893, affirmed.
(Argued May 27, 1918; decided June 11, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1917, which affirmed an order of Special Term denying a motion to vacate or modify a prior order and the judgment entered thereon which provided for the recovery by defendant upon his counterclaim of a liquidated sum of money in pursuance of a direction in a remittitur of the Court of Appeals awarding judgment absolute against the plaintiff. (See 220 N. Y. 692.)

The following question was certified: " Did the remittitur of the Court of Appeals in this action dated the 27th day of March, 1917, authorize the entry of the order of the Supreme Court dated April 25, 1917, directing

affirmative judgment in favor of the defendant and against the plaintiff and the judgment entered thereon on the same day, for the sum of $15,000 and interest, or any other sum other than costs? "

*William C. Rosenberg* for appellant.

*David T. Davis* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.